JENNIFER J. WIRSCHING, SBN 263141
LibertyBell Law Group, P.C.
20350 Ventura Blvd, Suite 230
Woodland Hills, CA 91365
Wirsching@outlook.com
(818) 563-2355- T

Pro Hac Vice Attorney for
Sherlann Simon

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 2:16-CR-00019-BLW-04 |
| **Plaintiff,** | |
| vs | Hon. Judge B. Lynn Winmill |
| **SHERLANN SIMON** | |
| **Defendant.** | |

    JENNIFER J. WIRSCHING, pursuant D. ID. L. CIV. R. 83.4(e), respectfully moves this Court for leave to relieve Local Counsel, Fred R. Palmer, Esq., from having to appear for the Sentencing hearing, scheduled for Wednesday, June 21, 2017 at 10:00 A.M.

**I. Relevant Procedural History**

    Mr. Fred R. Palmer kindly sponsored my Motion to Appear Pro Hav Vice. I applied for and was admitted to practice in this matter Pro Hac Vice on March 3, 2016 (DOC. 58), and immediately began working the case on Ms. Simon's behalf. I reviewed all discovery, researched all possible defenses, negotiated and executed a Plea Agreement, accompanied Ms. Simon to,

**MOTION TO RELEIVE LOCAL COUNSEL FROM APPEARANCE AT SENTENCNG**

1

and represented her during, her PRS interview, drafted all other filings in the matter, and have appeared on Ms. Simon's behalf for the last year and two months.

## II. POINTS AND AUTHORITIES

D. ID. L. CIV. R. 83.4(e) states, in pertinent part, the following

The attorney requesting to appear pro hac vice must first (1) designate an active member of the bar of [the District of Idaho] as Local Counsel with the authority to act as attorney of record for all purposes . . . The designated local counsel must personally appear with the attorney on all matters heard and tried before [the District of Idaho] *unless such presence is excused by the Court*.

*Id.* (emphasis added)

I will be attending the Sentencing Hearing, as scheduled for June 21, 2017 at 10:00A.M. I have handled more than sixty (60) criminal cases in Federal districts across the country during the last six years, and am experienced in federal criminal proceedings, including sentencing hearings. I have the knowledge and experience necessary to represent Ms. Simon at her sentencing hearing without the presence of local Idaho counsel, Fred R. Palmer.

//
//
//
//
//
/

**MOTION TO RELEIVE LOCAL COUNSEL FROM APPEARANCE AT SENTENCNG**
2

I declare under penalty of perjury that the foregoing is true and correct.

June 6, 2017          /S/Jennifer J. Wirsching
                      Jennifer J. Wirsching
                      California Bar No. 263141
                      Pro Hac Vice Attorney for
                      Sherlann Simon

## CONCLUSION

For the reasons set forth above respectively requests that this Honorable Court:

1. Relieve local counsel Fred R. Palmer from appearing at the June 21, 2017 sentencing hearing set in this matter.

Respectfully Submitted,

/S/ Jennifer J. Wirsching
Jennifer J. Wirsching
California State Bar No. 263141
Pro Hac Vice Attorney for

Sherlann Simon

**MOTION TO RELEIVE LOCAL COUNSEL FROM APPEARANCE AT SENTENCNG**
3

**CERTIFICATE OF SERVICE**

I further certify that on June 7, 2017 I caused a copy of this Motion to Continue the sentencing hearing to be served via EFC to: Traci Whelan, Assistant United States Attorney.

*/s/ Candy Patino*

20350 Ventura Blvd. Suite 230

Woodland Hills, CA 91365

candypatino@libertybelllaw.com

**MOTION TO RELEIVE LOCAL COUNSEL FROM APPEARANCE AT SENTENCNG**

4