FILED____ RECEIVED ✓ by mail

2020 JAN 10 PM 12:53

US COURTS
COEUR D'ALENE, ID

To: Honorable Judge B. Lynn Winmill

U.S. District Court

District of Idaho- Coeur d' Alene

6450 N. Mineral Drive

Coeur d' Alene, ID 83815


From: Sherlann Simon – Case 2:16-cr-00019-BLW

9120 Emerald Pearl Ct

Las Vegas, NV 89149

Dear Hon. Judge B. Lynn Winmill

The purpose of this letter is to address the United States response to opposition of my request for early termination of supervised release I the motion submitted on January 7, 2020. Though I respect the Unites States position and acknowledge the technical violation of communication with a known felon is factual I do not understand how same outweighs all that I have accomplished while on federal probation. In the response to the motion it clearly states I have been "substantially in compliance". Though there was no elaboration as to what is being referenced, I think it is imperative to personally advise the court in detail as to my journey and the obstacles I overcame on the path to regaining my status as a law-abiding citizen.

To define "substantially compliant" from my perspective I would reference accomplishments far beyond what most people accomplish after being released from prison. Since my release in May 2018, I have worked diligently to provide for my children and take care of myself without relying on government assistance despite my barriers. I have maintained the same employer for one month after being released and five months after being hired I was promoted into a position earning an income that is sufficient to meet my family needs and maintain my household. I obtained a home for myself and my children and have independently maintained same for over a year. I am currently enrolled in school pursuing a higher education as I understand is imperative to make myself a more desirable candidate for future promotional opportunities. I have not engaged in any criminal activity and have abiding by all laws and statutes. I have essentially restored my life post prison and to me exhibits substantially positive and further speaks to how rehabilitation is possible.

Regarding the violation as indicated in the response. I admit that I became romantically involved with a felon however same was not my intent. The interaction began with assisting with job searches, being a motivational source and the desire to encourage him to be a law-abiding citizen regardless of how discouraging the journey may become. That disposition never changed and intensified once the relationship became romantic as I would never allow myself to be seriously involved with anyone who lacked a desire to be an upstanding, law abiding citizen. During the relationship he obtained and maintained employment enough to care for himself, maintained stable housing, completed a vocational training program to work towards a career, obtained a commercial driver's license and established credit. Though same was accomplished through his determination I do believe the constant encouragement and leading by example played a part in what he was able to accomplish. Despite the act itself being a violation I humbly ask the court to consider the positive aspect of the interaction.

In addition to the aforementioned I have started establishing community relationships that will be imperious in pursuing my goal of giving back. Despite how my interaction with the criminal justice came to be I must say I learned a lot from this experience, and I am determined to turn every negative into a positive. I currently maintain communication with

case managers from the residential reentry and oftentimes they have reached out to me for guidance regarding employment opportunities for people who are attempting to transition from the halfway house. I am compiling a resource guide specifically for Federal probationers as I believe knowledge of community resources and assistance with accessing them is one of the greatest tools one can provide someone who will be challenged in several ways upon release. My goal is to be able to return to prisons and halfway houses all over the world to do outreach. To be living proof that life after incarceration is possible.

In closing, I am requesting consideration is given to this letter as my request for early release from probation would allow me to officially close this chapter of my life and move forward in endeavors that will be influential to many who will have to overcome some of the challenges I have already overcame. I will be forever grateful to my sentencing judge for the leniency given to me through this process and I know what I was facing, but through understanding and what I believe was compassion I saw my son walk across the stage and graduate high-school and I was able to see him off to South Carolina to attend his first year of college. Whatever happens from this process I will always be remorseful to all the families affected by my family's poor decision, lack of integrity and greed. I have learned a lot and I know that no matter what role is played in the process of criminal activity all are equally responsible even those who stand by watching from the sidelines not reporting the wicked acts of others poisoning communities. Thank you for your time and consideration.

Sincerely,

Sherlann Simon

Case 2:16-cr-00019-BLW Document 554 Filed 01/10/20 Page 4 of 19




Dear Sherlann Simon,

Congratulations, you have passed your conditional admission period at Ashford University!

You are now enrolled as a regular full-time student. At this point, your full-time enrollment status has been reported to the National Student Clearinghouse. The National Student Clearinghouse will subsequently report your enrollment to the National Student Loan Database System (NSLDS) within approximately 1 month.

Need to obtain proof of enrollment? You can obtain an enrollment certificate in your student portal instantly! This free, on demand service through the National Student Clearinghouse enables students to download or print verification of enrollment or enrollment history, which can be provided to third parties as needed.

Please follow the steps below to access the Clearinghouse Self-Service site to obtain an enrollment certificate:

1. Log into your Student Portal.
2. Click on Popular Links, then click on the Clearinghouse Student Self-Service link.
3. Click on the Clearinghouse Student Self-Service link within the page to access the site.
4. Select the type of information that best fits your needs. You may save or print the certificate once it is populated.

Benefits of Clearinghouse Self-Service:

- Students benefit from this free service by being able to print certified enrollment verifications and enrollment history on demand.
- Students can choose between two enrollment certificate options- Current Enrollment and All Enrollment.
- Students can print enrollment verification certificates for any organization or third party requiring proof of enrollment.

If you have any questions regarding this information, do not hesitate to email us at Student.Records@ashford.edu or call 866.974.5700.

Sincerely,

# CERTIFICATE *of* COMPLETION



# SIMON, SHERLANN

Is thanked for their phenomenal participation in

## TRANSITIONAL SKILLS

PRESENTED BY: _Ms. Fishman, Social Services Coordinator_

ON THIS DAY: _June 13, 2018_

# Certificate of Completion

This certifies that

## Sherlann Simon

has successfully completed the

**Dialectical Behavior Therapy
PART-1**

FPC Phoenix, Arizona

This certificate is hereby issued this 18th day of January, 2018

*D. Powers, Psy.D.*
*Staff Psychologist*

# Certificate of Completion

This certifies that

## Sherlann Simon

has successfully completed the

### Dialectical Behavior Therapy- Part 2

This certificate is hereby issued this 12th day of April, 2018

FPC Phoenix, Arizona

*D. Powers, Psy.D.*
*Staff Psychologist*

# Certificate of Completion

This certifies that

has successfully completed the

## Sherlann Simon
### Self-Esteem Workshop

This certificate is hereby issued this 29th day of December, 2017

FPC Phoenix, Arizona

*D. Powers, Psy.D.*
*Staff Psychologist*

# Certificate of Completion

*is hereby awarded to*

Sherlann Simon

*for completing FPC Phoenix Adult Continuing Education – Choosing a Career Independent Study*

This certificate is presented by
FPC Phoenix Education Department
March 30, 2018

D. McAnally, FPC Education Coordinator

# Certificate of Completion

*is hereby awarded to*

Sherlann Simon

*for completing FPC Phoenix*
*Adult Continuing Education – Lost Worlds*

This certificate is presented by
FPC Phoenix Education Department
September 29, 2017

D. McAnally, FPC Education Coordinator

# Certificate of Completion

*is hereby awarded to*

Sherlann Simon

*for completing FPC Phoenix
Adult Continuing Education – Connect with Family – Young Adults*

This certificate is presented by
FPC Phoenix Education Department
September 29, 2017

D. McAnally, FPC Education Coordinator

# Certificate of Completion

*is hereby awarded to*

Sherlann Simon

*for completing FPC Phoenix
Adult Continuing Education – Connect with Family: Teens I*

This certificate is presented by
FPC Phoenix Education Department
September 29, 2017

D. McAnally, FPC Education Coordinator

# Certificate of Completion

*is hereby awarded to*

Sherlann Simon

*for completing FPC Phoenix*
*Adult Continuing Education – Science Earth*

This certificate is presented by
FPC Phoenix Education Department
September 29, 2017

D. McAnally, FPC Education Coordinator

# Certificate of Completion

*is hereby awarded to*

Sheriann Simon

*for completing FPC Phoenix*
*Adult Continuing Education – Connecting with Families: Children*

This certificate is presented by
FPC Phoenix Education Department
September 29, 2017

D. McAnally, FPC Education Coordinator

# Certificate of Completion

*is hereby awarded to*

Sherlann Simon

*for completing FPC Phoenix
Adult Continuing Education – Banking*

This certificate is presented by
FPC Phoenix Education Department
December 22, 2017

D. McAnally, FPC Education Coordinator



# Certificate of Achievement

This Certifies that

**Sherlann Simon #53062-048**

Has satisfactorily completing

*Quilling*

1-23-18 through 3-13-18

This certificate is hereby issued this 15th day of March 2018

J. Jackson, Sports Specialist



MV TRANSPORTATION, INC.

June 5, 2018

Sherlann Simon
6320 Trinity River Ct.
N. Las Vegas, NV  89081

Dear Sherlann:

This letter is to confirm the terms and conditions of your offer of employment for an hourly non-exempt position with MV Transportation. This offer is contingent upon successful completion of drug testing and appropriate background checks.

JOB TITLE: **Administrative Assistant**

JOB LOCATION: **Division 222 - Las Vegas, Nevada**

YOU WILL REPORT TO: **Bruce Withers, Director of Operations**

THIS POSITION IS: **Full Time**

YOUR START DATE: **TBD (Contingent upon completion of qualification requirements as stated above).**

YOUR STARTING WAGE: **$16.50 per hour**

YOU WILL BE ELIGIBLE FOR BENEFITS AS OF: **The first of the month after 60 days of employment.**

MV's standard performance reviews are done annually to coincide with our fiscal year, which is a calendar year.

MV Transportation is an "At Will Employer" as stated on the employment application. This means that your employment and compensation can be terminated with or without cause, and with or without notice, at any time, and at the option of either yourself or MV Transportation.

We look forward to you joining the MV Transportation team.

Sincerely,

*Renee McDowell*
Renee McDowell
Director, Human Resources

I understand that if I become employed by MV Transportation there will be no agreement, expressed or implied between the company and me for any specific period of employment, nor for continuing or long-term employment.

_Sherlann Simon_ (signature)    6·6·18
Sherlann Simon                  Date



November 9, 2018

Sherlann Simon
6220 Trinity River Ct.
North Las Vegas, NV 89081

Dear Sherlann:

This letter is to confirm the terms and conditions of your offer of promotion for a non-exempt position with MV Transportation.

JOB TITLE: **Human Resources Coordinator**

JOB LOCATION: **Division 222 - Las Vegas, Nevada**

YOU WILL REPORT TO: **Renee McDowell, Director, Human Resources**

THIS POSITION IS: **Full Time**

YOUR START DATE: **November 12, 2018**

YOUR STARTING WAGE: **$23.00 per hour**

YOU WILL BE ELIGIBLE FOR BENEFITS AS OF: **Benefits will remain the same.**

MV Transportation is an "At Will Employer" as stated on the employment application. This means that your employment and compensation can be terminated with or without cause, and with or without notice, at any time, and at the option of either yourself or MV Transportation.

Sincerely,

*Renee McDowell*

Renee McDowell
Director, Human Resources

I accept the terms and conditions of this offer of promotion to Human Resources Coordinator.

_____    11/14-18
Sherlann Simon                      Date

MV Transportation, Inc.                          3210 Citizen Avenue | North Las Vegas, NV 89032